UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00338-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  THOMAS BADER,
2.  KEVIN HENRY,
3.  BRADLEY BLUM,
4.  COLLEGE PHARMACY, INC.,

       Defendants.

_____

**ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE**

_____

THIS MATTER comes before the Court *sua sponte*. At the motions hearing held October 5, 2007, the trial in this matter was reset from October 29, 2007, to April 7, 2008 at 1:00 p.m. Accordingly, the final trial preparation conference should be reset.

**IT IS THEREFORE ORDERED** that the final trial preparation conference set for October 24, 2007, is vacated and reset to **April 2, 2008, at 4:00 p.m.**

DATED this 18th day of October, 2007.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge