UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00338-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1. THOMAS BADER,**
**2. KEVIN HENRY,**
**3. BRADLEY BLUM,**
**4. COLLEGE PHARMACY, INC.,**

      Defendants.

---

# ORDER
---

THIS MATTER comes before the Court *sua sponte*,

1. At the motions hearing held October 5, 2007, the Court set a trial date, deadlines for filing motions and responses, and a hearing on all non-evidentiary motions for December 21, 2007, at 1:30 p.m. [#38].

2. On November 27, 2007, the Court granted Defendants' Motion for Extension of Time to File Motions and set a motions hearing for January 22, 2008, at 4:00 p.m. [#50]. The Order did not vacate the motions hearing set for December 21, 2007.

3. On December 5, 2007, a First Superseding Indictment was filed in this matter which requires the setting of new deadlines.

**IT IS THEREFORE ORDERED** that the hearing of December 21, 2007, at 1:30 p.m. remains set and will be used for setting of new deadlines on the First Superseding Indictment.

DATED this 18th day of December, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge