UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00338-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **THOMAS BADER,**
2. **KEVIN HENRY,**
3. BRADLEY BLUM,
4. **COLLEGE PHARMACY, INC.,**

      Defendants.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion to Continue Trial Date (Motion) **(#113)** filed February 12, 2008, by Defendant College Pharmacy, Inc. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **February 20, 2008.** Objections shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. The Motion and Response will be addressed at the Law and Motion Hearing currently set for February 22, 2008.

DATED this 13th day of February, 2008.

      **BY THE COURT:**

      *Marcia S. Krieger*
      _____
      Marcia S. Krieger
      United States District Judge