## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 16, 2008 |
| Court Reporter: Paul Zuckerman | |

Criminal Action No. 07-cr-00338-MSK

*Parties*:                                                         *Counsel Appearing*:

UNITED STATES OF AMERICA,                          Jaime Pena

Plaintiff,

v.

1. THOMAS BADER                                           Charles Torres
2. KEVIN HENRY                                              Thomas Hammond
4. COLLEGE PHARMACY, INC.                         Susan Foreman

       Defendant.

## COURTROOM MINUTES

HEARING:   Motions

**1:38 p.m.       Court in session**.

Defendants present on bond. Rachel Christopher is present as representative of College Pharmacy. Defendant Bader has been excused by the Court to travel and his counsel waives his appearance. Defendant Henry did not appear. Mr. Hammond requests his appearance be waived.

The Court addresses that the Government and College Pharmacy's pending motions in light of their advisement of a possible resolution of the case between those two parties. The Government and College Pharmacy request 30 days to continue attempted resolution of the case.

The Court defers ruling on pending motions for 30 days, but will either rule on the motion(s) and/or set an evidentiary hearing as necessary at the expiration of that time if the matter is not resolved.

The Court addresses the current trial date and the time counsel believe is still necessary for same.

The Court addresses defendant Bader's pending motion.  Statements from Mr. Pena and Mr. Torres.  Mr. Torres makes an oral motion for additional discovery.

**ORDER:** Defendant Bader's Supplemental Motion to Dismiss (**Doc. #169**) is **DENIED**.

**ORDER:** The Government's Motion to Strike (**Doc. #174**) is **DENIED.**

**ORDER:** Defendant Bader will file a written motion regarding additional discovery and the government will respond within 5 days of the filing of any such motion.

**ORDER:** Bond is continued.

**1:56 p.m.** **Court in recess.**

**Total Time:** **18 minutes.**
**Hearing concluded.**