## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman

Date: October 28, 2008

Criminal Action No. 07-cr-00338-MSK

*Parties*:

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. THOMAS BADER,
2. KEVIN HENRY,

Defendants.

*Counsel Appearing*:

Gregory Rhodes  
Jaime Pena

Charles Torres  
Debra Pearce  
Thomas Hammond

## COURTROOM MINUTES

HEARING: Final Trial Preparation Conference

**3:40 p.m.    Court in session**.

Counsel present as listed above. Special Agent Catherine Hermsen from the FDA is present with the Government.

Defendant Henry present on bond. Defendant Bader is not present. Counsel requests his appearance be waived. Government has no objection.

The Court addresses the number of outstanding motions and docketing issues arising out of filings from defense counsel's office.

Counsel for defendant is given until Friday to meet and/or confer with the Court's IT department to come into compliance with electronic filing.

The Court addresses motions that may be moot. (Doc. #242)

Statement from counsel regarding Doc. #242. that the issue is resolved and is now moot.

**ORDER:**    Motion (Notice) at Doc. #242 is **DENIED** as moot.

Counsel state that they do not anticipate filing any more motions.

The Court addresses Government's Motion for Discovery (Doc. #278). No further argument.

**ORDER:** Government's Motion for Discovery (**Doc. #278**) is **GRANTED in part**. To the extent that defendant Bader intends to rely upon advice of counsel as a defense at trial, he shall disclose the information requested by the Government. If defendant elects not to invoke the defense of advice of counsel or declines to provide the requested documents, then the Court will deem the advice of counsel defense waived and as such the Government would not be entitled to any discovery. Defendant will file a pleading by close of business on **Friday, October 31, 2008,** that states whether defendant intends to use the advice of counsel defense. If defendant will be using that defense, documents will be produced by defendant to the Government by close of business **Monday, November 3, 2008.**

The Court addresses Government's Motion in Limine (Doc. #283). Statements from counsel.

**ORDER:** By close of business on **Friday , October 31, 2008**, Mr. Hoffman's opinions will be tendered to the Government. The Government will file any related motions by **Wednesday, November 5, 2008.** If the parties choose to file a joint 702 motion, it also will be filed by **November 5, 2008.** Response(s) to any motion(s) will be filed by **Friday, November 7, 2008.**

The Court addresses Government's Motion to Strike Expert Witness (Doc. #294). Statements from counsel.

**ORDER:** Counsel will adhere to the same deadlines established above for Doc. #283 to address this Motion (Doc. #294).

Defendant does not anticipate filing any 702 or *in limine* motions regarding the experts.

The Court addresses defendant's renewed motions for discovery at Doc. #201 and 245. Argument by Mr. Torres and Mr. Pena..

As to both motions:

**ORDER:** The Court directs the FDA and Department of Customs and Border Protection, division of ICE, to turn over to the Government to then be turned over to the defendant all of its files relating to the transport inspection and importation of the eight shipments of HGH from China arranged through former defendant Blum. The information will be provided to the Government by **November 7, 2008.** The Government will then turn over what ever is received to defendant by **November 11, 2008.**

**ORDER:** If the FDA has documents that pertain to the eight shipments and whatever memorandum went back and forth, then the FDA shall produce those documents consistent with the time frame previously set and consistent with the preceding Order.

The Court addresses First Motion to Disclose Grand Jury Material (Doc. #240)

**ORDER:** First Motion to Disclose Grand Jury Material (Doc. #240) is **DENIED** as moot.

The Court addresses the motions to seal (Doc. 247, 249, 250, 254, 288, 289)

**ORDER:** Defendant will refile whatever motions it deems appropriate by **Friday, October 31, 2008**. The Government will respond to any such motions by **Friday, November 7, 2008**.

The Court addresses Defendant's Motion to Dismiss (Doc. #272). Counsel agree they will discuss the documents after the hearing and if they cannot come to an agreement, the documents will be submitted to the Court for an *in camera review*.

The Court addresses Defendant's Second Motion in Limine (Doc. #281), and Defendant's Third Motion for judicial Notice (Doc. #291).

**ORDER:** The Government will respond to the motions by **November 7, 2008.**

The Court addresses Defendant's Motion to Quash Subpoena (Doc. #293). After Statements from counsel, the Court will leave this motion pending until counsel decides on advice of counsel defense.

The Court addresses the current trial date. The case is not ready to proceed to trial.

**ORDER:** In order for the defendant and the Government to adequately prepare for trial given due diligence, given the complexity of the issues, the Court finds that it is appropriate to reschedule this trial to the Spring, 2009. The current trial date of **November 10, 2008** is **VACATED.** The Trial is reset for 5 weeks to commence on **April 20, 2009 at 1:00 p.m.** The trial will proceed on consecutive weeks of April 27, May 4, May 11 and May 18, 2008. Any dark days during the trial will be decided at a later date. A further final trial preparation conference is scheduled for **April 6, 2009, at 3:00 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** No additional motions will be filed by either party after **October 31, 2008, without leave of Court.**

**ORDER:** The parties will reconvene on **November 10, 2008, at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO., to begin working on the outstanding motions.

**ORDER:** Bond is continued.

**5:07 p.m.** **Court in recess**
**Total Time: 1 hour 27 minutes.**
**Hearing concluded.**