# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: November 10, 2008
Court Reporter: Paul Zuckerman

Criminal Action No. 07-cr-00338-MSK

*Parties*:  *Counsel Appearing*:

UNITED STATES OF AMERICA,  Gregory Rhodes
 Jaime Pena

Plaintiff,

v.

1. THOMAS BADER  Charles Torres
2. KEVIN HENRY,  Debra Pearce
 Charles Hammond

 Defendants.

## COURTROOM MINUTES

HEARING: Motions.

**1:45 p.m.  Court in session**.

Defendant Henry present on bond. Defendant Bader's appearance is waived through his counsel. The Government objects.

**ORDER:** The Court excuses defendant Bader's appearance today. Absent a motion being filed and prior court approval, defendant Bader will not be excused at future hearings.

The Court addresses the newly filed motions and its intent to deny the old motions as moot. Counsel agree and Mr. Hammond takes no position.

ORDER: Motions at Docket #247, 249, 250, 254, 273, 283, 288, 289, and 294 are **DENIED as moot.**

The Court addresses defendant Bader's motions to seal at Docket #297, 300, 303, 306, 309, 312 and 316 that pertain to grand jury testimony.

Statements from counsel on their position with respect to these motions.

Argument for the Government by Mr. Pena and for defendant Bader by Mr. Torres. Mr. Torres makes a request to withdraw the motions to seal.

**ORDER:**    Motions at Docket #s #297, 300, 303, 306, 309, 312 and 316 are **DENIED** because there was no grounds for release stated in the motions, but the order is stayed for ten days to give the Government an opportunity to review the motions. Reconsideration of this order may be sought anytime within the ten days it becomes effective**.**

The Court addresses defendant Bader's Amended Motion for Discovery (**Doc. #299**). **This motion renders Doc. #245 moot.**

**ORDER**:    The Motion at Docket #299 is **DENIED** as moot. This issue was dealt with in it's entirety at the last hearing by ruling on defendant's motion at Docket #245.

The Court addresses defendant Bader's Amended Motion to Strike (**Doc. #302**). **This motion renders Doc. #249 moot.**

Argument by Mr. Torres and Mr. Pena.

The Court addresses whether an evidentiary hearing is needed to decide this issue prior to trial. Statements from counsel. They are in agreement of the need for an evidentiary hearing.

**2:33 p.m.**   **Court in recess**
**2:48 p.m.**   **Court in session**

**ORDER:**    Evidentiary hearing is set for **January 20, 2009 at 1:30 p.m.**, in Courtroom A901, 901 19th Street. Supplemental briefs from the parties that contain concise legal authority (statutes, regulations, case law) supporting their positions will be filed by **December 3, 2008.**

The Court addresses defendant Bader's Motion to Dismiss for Prosecutorial Conduct (**Doc. #305**). **This motion renders Docket #253 moot.**

The Court addresses whether the motion at Doc. #305 necessitates an evidentiary hearing.

Argument by Mr. Torres and Mr. Pena.

**ORDER:**    Evidentiary hearing on Doc. #305 will be held on **January 21, 2009 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, Co.

The Court addresses Defendant Bader's Motion for an order of Judicial Notice (Doc. #251).

No further argument from the parties.

**ORDER:**    Defendant Bader's Motion (**Doc. #251**) is **DENIED**.

The Court addresses Defendant Bader's Motion for Prosecutorial Vindictiveness (**Doc. #259**).

Statements from counsel as to whether a hearing is needed and when.

**ORDER:** Defendant's motion (**Doc. #259) is DEFERRED** until after the trial.

The Court addresses Defendant Bader's Motion to Dismiss (**Doc. #272**). The Court has reviewed the grand jury material *in camera* submitted by the Government.

**ORDER:** Defendant Bader's Motion to Dismiss (**Doc. #272**) is **DENIED.**

The Court addresses Defendant Bader's Second Motion in *Limine* (**Doc. #281).**

Argument by Mr. Torres.

**ORDER:** Defendant Bader's Second Motion in *Limine* (**Doc. #281**) is **DENIED with leave to renew.**

The Court addresses Government's Motion in *Limine* (**Doc. #320**).

Argument from Mr. Torres and Mr. Pena.

**ORDER:** The Government's Motion *in Limine* (**Doc. #320**) is **GRANTED**, subject to reconsideration upon appropriate showing of Mr. Gibbs' testimony and whether it will be beneficial to the fact finder.

The Court address the Government's Motion to Quash (**Doc. #321**).

Statement from the Government. The parties agree that this motion is moot.

**ORDER:** Government's Motion to Quash (**Doc. #321**) is **DENIED** as moot.

The Court addresses Defendant Bader's Motion to Quash (**Doc. #293**). This motion was earlier deemed "moot, but is now being re-addressed.

Statements from Mr. Torres and Pena.

**ORDER:** Defendant's Motion to Quash (**Doc. #293**) is **GRANTED**. The subpoena is quashed.

Mr. Torres updates the Court on production of documents by the Government that were court ordered at the last hearing. Statement by Mr. Pena

**ORDER:** The Government and the FDA will produce all the documents that were generated prior to the release from FDA of the hGH by **December 3, 2008.** The Government may create privilege and attorney work product logs that will be addressed in the normal course of discovery.

The Court addresses Defendant's Third Motion (Notice) for Judicial Notice **(Doc. #291).**

Argument by Ms. Pearce and Mr. Pena.

**ORDER:** Defendant's Third Motion (Notice) for Judicial Notice (**Doc. #291**) is **DENIED.**

**3:36 p.m.**     **Court in recess**
**3:49 p.m.**     **Court in session**

The parties agree that any medical records used will be redacted as to names and identifiers.

**ORDER:** Bond is continued.

**3:51 p.m.**     **Court in recess.**

**Total Time: 1 hour 38 minutes**
**Hearing concluded.**