UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00338-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. THOMAS BADER,
2. KEVIN HENRY,
3. BRADLEY BLUM,
4. COLLEGE PHARMACY, INC.,

        Defendants.
_____

## ORDER DIRECTING BRIEFING REGARDING DEFINITION OF "COMPOUNDING"
_____

**THIS MATTER** comes before the Court *sua sponte*.

Having considered the pending charges in this matter and the parties' various briefs and arguments, the Court has concluded that the central issue in this case for which a jury instruction will be required is the legal definition of "compounding" drugs in effect at the time of the events at issue here  It is apparent that the parties disagree as to how this term is legally defined and what authority controls that definition.

Accordingly, within 30 days of the date of this Order, each party shall submit a brief setting forth their proposed definition of the term "compounding," along with the party's legal authority for the proposition that that definition is controlling.  Factual argument as to what actions were taken by the Defendants and the extent to which those actions may be said to fall within or outside a given definition shall not be included; at this stage, the Court is solely

concerned with identifying the legal definition of the term "compounding." No party shall file a response to their opponent's brief unless directed by the Court.

Dated this 26th day of January, 2009

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge