# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date: April 7, 2009
Court Reporter: Paul Zuckerman

Criminal Action No. 07-cr-00338-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| | Jaime Pena |
| Plaintiff, | |
| v. | |
| 1. THOMAS BADER, | Charles Torres |
| 2. KEVIN HENRY, | Thomas Hammond |
| Defendants. | |

## COURTROOM MINUTES

HEARING:   Continued Final Pretrial Conference.

**3:07 p.m.   Court in session**.

This hearing is continued from April 6, 2009.

Defendants present on bond. Counsel present as listed above.

The Court addresses the issue of the definition of "compounding" that has been fully briefed by counsel.

**ORDER:**   Defendant Bader's Motion for Leave to File Supplemental Brief (**Doc. #388**) is **DENIED.**

The Court concludes that Colorado law provides the primary definition of compounding that will be given to the jury and recites an approximation of the language with which it intends to instruct the jury on this issue.

The Court addresses Defendant Bader's Amended Motion to Strike or Dismiss Counts 1-17 and 21-43 of the Indictment. (**Doc. #302**) No further argument by counsel.

**ORDER**:   Defendant Bader's Amended Motion to Strike or Dismiss the Indictment (**Doc. #302**) **is DENIED.**

The Court addresses defendant Bader's Amended Motion to Dismiss for Prosecutorial Misconduct (**Doc. #305**) No further argument by counsel.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Defendant Bader's Motion to Dismiss for Prosecutorial Misconduct (**Doc. #305**) is **DENIED.**

The Court addresses defendant Bader's Motion to Dismiss Indictment (**Doc. #71**).  No further argument by counsel.

**ORDER:**   Defendant Bader's Motion to Dismiss Indictment (**Doc. #71**) is **DENIED** without prejudice to defendant making an appropriate Rule 29 motion at close of Government's case or appropriate post-verdict motions on applicability of the law.

The Court addresses Defendant Bader's Renewed Motion for Rule 16 Discovery. (**Doc. #201**) Statements by counsel for the Government and defendant Bader.

**ORDER:**   Defendant' Bader's Renewed Motion for Rule 16 Discovery (**Doc. #201**) is **DENIED as moot.**  Previous Motions (Doc. #245 and #299) were addressed and ruled on at previous hearings.

The Court Addresses Motion to Dismiss for Prosecutorial Misconduct (**Doc. #259**).  No further argument by counsel.

**ORDER:**   Defendant Bader's Motion to Dismiss for Prosecutorial Misconduct (**Doc. #259**) is **DENIED** as moot.

The Court addresses defendant Bader's Motion in Limine (**Doc. #308**).  No further argument from counsel.

**ORDER:**   Defendant Bader's Motion in Limine (**Doc. #308) is DENIED without prejudice**, to be renewed at the appropriate time during trial.

The Court addresses defendant Bader's Motion to Reconsider the Court's Exclusion of Jeff Gibbs (**Doc. #344**).  No further argument by counsel.

**ORDER:**   Defendant Bader's Motion to Reconsider the Court's Exclusion of Jeff Gibbs **(Doc. #344) is GRANTED** to the extent that the Court's prior order can be interpreted to categorically exclude testimony by Mr. Gibbs. When and if defendant Bader calls Mr. Gibbs to testify, the Court will entertain a timely and appropriately supported motion by the Government seeking to exclude his testimony.

The Court addresses whether or not it is necessary to have a Rule 702 hearing regarding Mr. Gibbs testimony.  Statements from counsel for the Government and Bader.

**ORDER:**   Defendant Bader will make whatever disclosure is required to address the Rule 702 requirements to the Government by **Thursday, April 9, 2009 by 5:00 p.m.** Joint motion requesting a Rule 702 hearing will be filed **by noon on Friday, April 10, 2009.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

The Court addresses the upcoming jury trial, including witness and exhibit lists, time needed for trial. Statements from counsel. The Court confirms the currently set trial date. The trial will begin on April 20, 2009 and run for consecutive weeks as scheduled, except no trial will be held on the Mondays subsequent to the start of trial. Counsel believe the trial can be completed within the time set aside.

**ORDER:** Proposed *voir dire* will be filed by **April 15, 2009** by all the parties. Proposed jury instructions will be filed by the Government and defendant Bader by **April 15, 2009** and by defendant Henry by **April 22, 2009.**

The parties have no objection to the Court providing the jury with historical information during the peremptory challenge phase of selection or comment feedback forms to the jury at the conclusion of the trial. The parties do not object to the jurors taking notes. The parties agree that the full un-redacted indictment will be provided to the jury

The parties request sequestration.

**ORDER**: Request for sequestration is **GRANTED**. The order will posted for trial.

**ORDER:** Bond is continued.

**4:24 p.m.** **Court in recess.**

**Total Time:** **1 hour 17 minutes.**
**Hearing concluded.**